United States District Court
Southern District of Texas
**ENTERED**
August 08, 2016
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ERNESTO VILLARREAL-MEDRANO, | § § § | |
| Petitioner, | § § | |
| v. | § § | Civil Action No. 1:16-cv-152 (Criminal No. 1:15-cr-600-1) |
| UNITED STATES OF AMERICA, Respondent. | § § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. No objections have been filed. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is **ADOPTED**. It is therefore **ORDERED, ADJUDGED,** and **DECREED** that Villarreal-Medrano's § 2255 Motion (Docket No. 1) is **DISMISSED** with prejudice pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings for the United States District Courts. A certificate of appealability shall not issue.

Signed on this 8th day of August, 2016

Rolando Olvera
United States District Judge